IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1291-AP

ANGELA McCLELLAND,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> Frederick W. Newall, Esq.
> 730 N. Weber, #101
> Colorado Springs, Colorado 80903
> (719) 633-5211
> (719) 635-6503 (Facsimile)
> Newallfrederickw@qwest.com
>
> For Defendant:
> Michele M. Kelley
> Special Assistant United States Attorney
>
> *Mailing Address:*
> 1961 Stout Street, Suite 1001A
> Denver, Colorado  80294
> (303) 844-0812
> (303) 844-0770 (facsimile)
> Michele.kelley@ssa.gov
> *Street Address:*
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**     **Date Complaint Was Filed:** July 12, 2005

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** July 27, 2005

    **C.**     **Date Answer and Administrative Record Were Filed:** September 26, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

The parties bring no other matters to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**     **Plaintiff's Opening Brief Due:** December 8, 2005

    **B.**     **Defendant's Response Brief Due:** January 9, 2006

    **C.**     **Plaintiff's Reply Brief (If Any) Due:** January 17, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    ( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 18th day of October, 2005.

                                    BY THE COURT:

                                    S/John L. Kane
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Frederick W. Newall<br>Frederick W. Newall, Esq.<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (Facsimile)<br>*Newallfrederickw@qwest.com*<br><br>Attorney for Plaintiff | WILLAM J. LEONE<br>Acting United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorney for Defendant |